IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA (PHOENIX DIVISION)

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | Case No. 2-88-03965-SSC |
| RAY LUMBER CO., | § | (Chapter 7) |
| | § | |
| Debtor(s). | § | |

### ORDER FOR RELEASE OF FUNDS HELD
### IN THE UNCLAIMED FUNDS REGISTRY

On consideration of the motion filed in the above-closed bankruptcy case, and any response thereto, if any, the Court hereby orders the Clerk of Court to release funds held on deposit in the registry of the Court in the principal amount of $27,169.45, and issue a check for this amount payable to National Industries, Inc., and mail c/o:

Brian Baum, Esquire
Baum & Baum Associates, P.A.
1795 North Fry Road, #214
Katy, Texas 77449
Tel: (281) 398-8630
Fax: (281) 398-6137

Dec. 30, 2023

**Date**

_Sarah Sharer Curley_
UNITED STATES BANKRUPTCY JUDGE