U.S. BANKRUPTCY COURT  APR 2 0 2004

ARIZONA BANKRUPTCY COURT - PHOENIX

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE: ) CASE NO. 2-88-03965
) CHAPTER 7

    RAY LUMBER CO. ) ORDER AUTHORIZING PAYMENT OF
                                  UNCLAIMED BANKRUPTCY DIVIDEND
)
DEBTOR (S) )
)

1. This matter comes before the Court upon the motion of Applicant <u>Sierra Funds Recovery, Inc.</u>, attorney in fact for creditor <u>FAR WEST FIR SALES CO</u> and creditor's successor in interest, <u>Universal Forest Products</u>, seeking an entry of an order authorizing payment of unclaimed bankruptcy dividend(s).

2. It appearing to the Court that the said Applicant is entitled to receive payment of the dividend, and that said funds are now on deposit in the Registry of the Court or the United States Treasury, it is ORDERED that the clerk of the Court pay <u>$4,123.74</u> to the order of:

    FAR WEST FIR SALES CO
    c/o Sierra Funds Recovery, Inc.

    **and mail the payment to:**

    Sierra Funds Recovery, Inc.
    10123 Main Place Ste. B
    Bothell, WA 98011-3402

Date _4/20/04_      _Sarah Sharer Curley_
                                               United States Bankruptcy Judge